# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL AND DESIRE EVANS,** | **CIVIL ACTION NO. 18-5629** |
| **Plaintiffs,** | |
| v. | |
| **EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,** | |
| **Defendant.** | |

## ORDER

**AND NOW**, this 30th day of April, 20 20, upon consideration of Plaintiffs' Uncontested Motion to Amend Order, it is hereby **ORDERED** that Plaintiffs' Uncontested Motion to Amend Order is **GRANTED**.

It is **FURTHER ORDERED** that the Court's Order of March 23, 2020 (ECF No. 58) is hereby amended to reflect that Z Law, LLC is appointed as additional class counsel pursuant to Federal Rule of Civil Procedure 23(g)(1).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.