# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
MONIQUE RUSSELL ET AL. v. EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 2:18-cv-05629-JDW
Date proceedings initiated in D.C.: December 31, 2018
Date Notice of Appeal filed: May 11, 2020
USCA No.: 20-2128

## COUNSEL ON APPEAL

**Appellant(s)**: EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES
Name of Counsel: William R. Peterson, Brian W. Shaffer, and Matthew D. Klayman
Name of Party(ies): Educational Commission for Foreign Medical Graduates
Address: Morgan, Lewis & Bockius, LLP, 1701 Market Street, Philadelphia, PA 19103
Telephone No.: 215-963-5600
Fax No.: 215-963-5601
E-mail: william.peterson@morganlewis.com; brian.shaffer@morganlewis.com; matthew.klayman@morganlewis.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Nicholas M. Centrella
Name of Party(ies): Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans
Address: Conrad O'Brien, 1500 Market Street, West Tower, Suite 3900, Philadelphia, PA 19102
Telephone No.: 215-864-9600
Fax No.: 215-864-9620
E-mail: ncentrella@cogr.com

Name of Counsel: Patrick A. Thronson
Name of Party(ies): Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans
Address: Janet Janet & Suggs, 4 Reservoir Circle, Suite 200, Baltimore, MD 21208
Telephone No.: 410-653-3200
Fax No.: 410-653-9030
E-mail: pthronson@jjsjustice.com

Is this a Cross-Appeal?          Yes ☐          No ☑
Appeals Docket No.:_____

Was there a previous appeal in case?          Yes ☐          No ☑
If yes, Short Title:_____
Appeals Docket No.:_____
Citation, if reported:_____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?      Yes ☐      No ☑
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
                                                      Yes ☐      No ☑

If you answered yes to either "a" or "b" please provide:
Case Name:_____
D.C. Docket No.:_____
Court or Agency:_____
Docket Number:_____
Citation, if reported:_____

---

## NATURE OF SUIT
### (Check as many as apply)

**1. FEDERAL STATUTES**
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

**2. TORTS**
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☑ DIVERSITY
☑ OTHER Specify: Emotional Distress_____

**3. CONTRACTS**
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

**4. PRISONER PETITIONS**
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

**5. OTHER**
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

---

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this ___17th___ day of __June_____, 20 _20____ .

Signature of Counsel:_/s/ William R. Peterson_____