OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 22, 2020

Nicholas M. Centrella
Conrad O'Brien
1500 Market Street
West Tower, Suite 3900
Philadelphia, PA 19102

Patrick A. Thronson
Janet Janet & Suggs
4 Reservoir Circle, Suite 200
Baltimore, MD 21208

RE: Monique Russell, et al v. Educational Commission for For
Case Number: 20-2128
District Court Case Number: 2-18-cv-05629

Dear Counsel:

Pursuant to our docketing letter dated **June 5, 2020**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

**If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Caitlyn
Case Manager
267-299-4956

Cc:   Matthew D. Klayman, Esq.
　　　William R. Peterson, Esq.
　　　Brian W. Shaffer, Esq.