No. 20-2128

# In The United States Court Of Appeals For The Third Circuit

**MONIQUE RUSSELL; JASMINE RIGGINS; ELSA M. POWELL; DESIRE EVANS,**

v.

**EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**

*Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, NO. 2-18-CV-05629

**APPELLANT'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE BRIEF**

| | |
|---|---|
| Brian W. Shaffer | William R. Peterson |
| Matthew D. Klayman | MORGAN, LEWIS & BOCKIUS LLP |
| MORGAN, LEWIS & BOCKIUS LLP | 1000 Louisiana St., Suite 4000 |
| 1701 Market Street | Houston, TX 77002 |
| Philadelphia, PA 19103 | T. 713.890.5188 |
| T. 215.963.5000 | F. 713.890.5001 |
| F. 215.963.5001 | |

*Attorneys for Appellant*
*Educational Commission for Foreign Medical Graduates*

Pursuant to Third Circuit Local Appellate Rule 31.4, Appellant Educational Commission for Foreign Medical Graduates ("ECFMG") respectfully moves for a 30-day extension of the deadline by which its opening brief must be filed. In support of this motion, ECFMG states as follows:

Appellees do not oppose the relief sought by ECFMG in this motion.

The current deadline for ECFMG to file its opening brief is August 3, 2020. Good cause exists to extend that deadline by 30 days (through September 2, 2020) because additional time is required so that counsel for ECFMG may confer adequately with its client in order to address adequately the complex issues presented in this appeal.

Counsel for ECFMG has significant commitments in connection with other matters throughout the months of July and August that will complicate the filing of ECFMG's opening brief by the current due date. These matters include, but are not limited to, ongoing briefing in *In Re: National Prescription Opiate Litigation*, No. 1:17-md-02804 in the Northern District of Ohio and Sixth Circuit, and related state cases; ongoing briefing in *Zurich Am. Ins. Co. v. Sentry Casualty Co.*, No. 1:18-cv-00932 in the Middle District of North Carolina, and various related cases in state and federal court; assistance with preparation of an appellee's brief in *Ahders v. SEI Private Trust Company*, No. 20-30186 in the United States Court of Appeals for the Fifth Circuit, which was filed on June 26, 2020; preparation of an appellee's

brief in *Codding v. Pearson Education, Inc.*, No. 19-17454 in the United States Court of Appeals for the Ninth Circuit, which is due on July 15, 2020; preparation of a reply brief in *PCC Structurals, Inc. v. NLRB*, No. 19-1256, in the United States Court of Appeals for the D.C. Circuit, which is due on August 5, 2020, after one extension; and preparation of a brief in opposition requested by the Supreme Court of the United States in *The Chamberlain Group, Inc. v. Techtronic Industries Co.*, No. 19-1299, which is due on August 7, 2020 after one extension.

Additionally, communication between counsel and its client in the months of July and August will be complicated by anticipated unavailability and the challenges presented by remote working.

Accordingly, ECFMG respectfully requests that its Unopposed Motion for 30-Day Extension of Time to File Brief be granted and that the deadline for ECFMG to file its opening brief be extended until **September 2, 2020**.

Dated: July 14, 2020                    Respectfully submitted,

*/s/ William R. Peterson*
William R. Peterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4000
Houston, TX 77002
T. 713.890.5188
F. 713.890.5001

Brian W. Shaffer
Matthew D. Klayman
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T. 215.963.5000
F. 215.963.5001

*Attorneys for Appellant*
*Educational Commission for Foreign*
*Medical Graduates*

## CERTIFICATE OF SERVICE

I, William R. Peterson, counsel for Appellant Educational Commission for Foreign Medical Graduates, certify that, on July 13, 2020, a copy of the foregoing Motion was filed electronically through the appellate CM/ECF system with the Clerk of the Court. All counsel of record in this case are registered CM/ECF users.

Dated: July 14, 2020                    */s/ William R. Peterson*
                                        William R. Peterson

                                        *Attorney for Appellant*
                                        *Educational Commission for Foreign*
                                        *Medical Graduates*