# No. 20-2128

## In the United States Court of Appeals For the Third Circuit

MONIQUE RUSSELL; JASMINE RIGGINS; ELSA M. POWELL; DESIRE EVANS

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,

*Appellant*

On Appeal from the United States District Court for the Eastern District of Pennsylvania, No. 2:18-cv-05629-JDW (Wolson, J.)

## ADDENDUM TO BRIEF OF APPELLANT

MORGAN, LEWIS & BOCKIUS LLP
   Brian W. Shaffer
   Matthew D. Klayman
1701 Market St.
Philadelphia, PA 19103
(215) 963-5000

MORGAN, LEWIS & BOCKIUS LLP
   William R. Peterson
1000 Louisiana St., Ste. 4000
Houston, TX 77002
(713) 890-5188

*Counsel for Appellant*

## STATEMENT OF RELATED CASES

In May 2016, a malpractice action related to this case was filed against Dr. Charles J. Akoda and his employer Dr. Abdul G. Chaudry. *See Jalloh et al. v. Chaudry et al.*, CAL 16-22162 (Prince George's Cty. Cir. Ct., Md.). That action was voluntarily dismissed.

In November 2016, a guilty plea for misuse of a Social Security number related to this case was entered in *United States v. Oluwafemi Charles Igberase, a/k/a "Charles John Nosa Akoda,"* No. 8:16-cr-00277-PWG (D. Md.).

Monique Russell and Jasmine Riggins—two of the Named Plaintiffs in this case—filed two putative class actions against Dimensions Health Corporation (and other defendants) that are related to this case. *See Russell v. Dimensions Corp.*, CAL 17-22761 (Prince George's Cty. Cir. Ct., Md.); *Russell v. Dimensions Health Corp.*, CAL 18-07863 (Prince George's Cty. Cir. Ct., Md.). That case was consolidated with another putative class action also against Dimensions Health Corporation brought by Desire Evans and Elsa Powell, the other two Named Plaintiffs in this case. *See Dews v. Dimensions Health Corp.*, CAL 17-37091 (Prince George's Cty. Cir. Ct., Md.). The consolidated case was voluntarily dismissed after the defendants filed a motion for summary judgment.

Dated: September 4, 2020 Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ William R. Peterson*
William R. Peterson
1000 Louisiana St., Ste. 4000
Houston, TX 77002

Brian W. Shaffer
Matthew D. Klayman
1701 Market St.
Philadelphia, PA 19103

*Counsel for Appellant, Educational Commission for Foreign Medical Graduates*

## CERTIFICATE OF SERVICE

I, William R. Peterson, counsel for Appellant Educational Commission for Foreign Medical Graduates, certify that, on September 4, 2020, a copy of the foregoing Addendum to Brief of Appellant was filed electronically through the appellate CM/ECF system with the Clerk of the Court. All counsel of record in this case are registered CM/ECF users. Pursuant to Local Appellate Rule 31.1, as amended by the April 29, 2013 order, seven copies of this Addendum to Brief of Appellant were sent to the Clerk of the Court for delivery.

/s/ *William R. Peterson*
William R. Peterson
*Counsel for Appellant,*
*Educational Commission for*
*Foreign Medical Graduates*

Dated: September 4, 2020