# UNITED STATES COURT OF APPEALS FOR

No. 20-2128

Monique Russell, et al. vs. Educational Commission for Foreign Medical Graduates

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

The Chamber of Commerce of the United States of America

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)
☐ Respondent(s) ☐ Appellee(s) ☒ Amicus Curiae

(Type or Print) Counsel's Name: Matthew A. Fitzgerald

☒ Mr. ☐ Ms. ☐ Mrs. ☐ Miss ☐ Mx.

Firm: McGuireWoods LLP

Address: Gateway Plaza, 800 East Canal Street

City, State, Zip Code: Richmond, VA 23219

Phone: 804-775-4716   Fax: 804-698-2251

Primary E-Mail Address (required): mfitzgerald@mcguirewoods.com
Additional E-Mail Address (1): tgill@mcguirewoods.com
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Matthew A. Fitzgerald

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 5/7/2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2020, I filed the foregoing with the Clerk of the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system, which will also serve counsel of record.

                                                         */s/ Matthew A. Fitzgerald*
                                                         Matthew A. Fitzgerald

                                                         *Counsel for* Amicus Curiae
                                                         *Chamber of Commerce of the*
                                                         *United States of America*