UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **20-2128**

Russell v. Educational Comm. For Foreign Medical Graduates

To:   Clerk

1)   Motion by Appellant for Leave to File Portions of the Record on Appeal under Seal

---

The foregoing motion is referred to the merits panel. The Clerk will hold Volume V of the joint appendix provisionally under seal pending a ruling by the Court.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  September 23, 2020
EAF/cc:    All Counsel of Record