**No. 20-2128**

In the United States Court of Appeals for the
Third Circuit

---

MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL,
and DESIRE EVANS, on behalf of themselves and all others similarly situated,
*Plaintiffs-Appellees*,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,
*Defendant-Appellants.*

---

On Appeal from the United States District Court for
the Eastern District of Pennsylvania, No. 2:18-cv-05629-JDW (Wolson, J.)

---

**APPELLEES' UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE BRIEF**

---

LAW OFFICES OF PETER G.
ANGELOS, P.C.
Paul M. Vettori
pvettori@lawpga.com
One Charles Center
100 N. Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: (410) 649-2000
Fax: (410) 649-2150

JANET, JANET & SUGGS, LLC
Patrick A. Thronson
pthronson@JJSjustice.com
Executive Centre at Hooks Lane
4 Reservoir Circle, Suite 200
Baltimore, MD 21208
Telephone: (410) 653-3200
Fax: (410) 653-9030

| | |
|---|---|
| CONRAD O'BRIEN PC | Z LAW, LLC |
| Robin S. Weiss | Cory L. Zajdel |
| RWeiss@conradobrien.com | clz@zlawmaryland.com |
| Nicholas M. Centrella | 2345 York Rd. Suite B-13 |
| NCentrella@conradobrien.com | Timonium, MD 21093 |
| 1500 Market Street, Suite 3900 | Telephone: (443) 213-1977 |
| Philadelphia, PA 19102-2100 | |
| Telephone: (215) 864-9600 | |

*Counsel for Plaintiffs-Appellees*

Pursuant to Third Circuit Local Appellate Rule 31.4, Appellees Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans, on behalf of themselves and all others similarly situated (hereinafter "Appellees"), respectfully move for a 30-day extension of the deadline by which their responsive brief must be filed. In support of this motion, Appellees state as follows:

1.  Appellees have conferred about this request with Appellant, Educational Commission for Foreign Medical Graduates, Inc. Appellant does not oppose the relief sought by Appellees in this motion. This Court previously granted Appellant a 30-day extension to file its opening brief, which Appellees did not oppose.

2.  The current deadline for Appellees to file their responsive brief is October 2, 2020. Good causes exists to extend that deadline by 30 days (through Monday, November 2, 2020) because additional time is required so that counsel for Appellees may confer adequately with the significant number of co-counsel and counsel for prospective *amici* in order to address adequately the complex issues presented in this appeal.

3.  Patrick A. Thronson, who has primary responsibility for Appellees' brief, and who briefed and argued the motion for class certification below, has had and will have significant commitments in connection with other matters throughout the month of September and early October that complicate the filing of Appellees' responsive brief by the current due date. These commitments, for which Thronson has primary responsibility, include the following:

- 9/9/20: Filing of 91-page amended complaint in a lawsuit involving child sexual abuse (Richardson v. Archbishop of Chicago, case no. 202008667)

- 9/18/20: Deposition of defendant physician in a complex obstetrical malpractice case involving the wrongful death of a stillborn infant (Harris, et al. v. Mercy Medical Center, et al., Circuit Court for Baltimore City, Case No. 24-C-19-

006260);

- 9/22/20: Interview of client by prospective institutional defendant in efforts to resolve a sexual abuse matter;

- 10/2/20: Deposition of key liability witness in sexual abuse case (Morin, et al. v. Langton Green, et al., Circuit Court for Anne Arundel County, Case No. 24-C-19-006260 MM);

- 10/5/20: Deposition of key liability witness and discovery responses due in complex emergency medicine malpractice case involving the failure to diagnose and treat sepsis in an infant (Arteaga, et al. v. Dignity Health, et al., District Court for Clark County, NV, Case No. A-19-793885-C);

- 10/8/20: Deposition of key liability witness and mediation statement, brief and exhibits due to mediator in the aforementioned case of Arteaga, et al. v. Dignity Health, et al.;

- 10/9/20: Discovery teleconference with Magistrate Judge Sharon Ovington in a complex groundwater contamination class action that has been in litigation for over a decade (In re Behr Dayton Thermal Products, United States District Court for the Southern District of Ohio, Case No. 3:08-cv-00326-WHR-SLO);

- 10/9/20: Deadline for disclosure of expert reports in a complex obstetrical malpractice case involving allegations of negligent prenatal care resulting in permanent brain injury to a newborn (Yarborough v. Northwestern Memorial Hospital, et al., Circuit Court of Cook County, IL, case no. 18 L 3144);

- Directing ongoing, urgent efforts to replace sole liability expert, who died suddenly in August 2020, in the aforementioned matter of In re Behr Dayton Thermal Products;

- Imminent filing of 2 lengthy complaints alleging sexual abuse;

- Ongoing efforts to resolve two motor vehicle collision matters;

- Ongoing investigation and prosecution of numerous other personal injury, sexual abuse, and medical malpractice matters.

Accordingly, Appellees respectfully requests that their Unopposed Motion for 30-Day Extension of Time to File Responsive Brief be granted, and that the deadline for Appellees to file their responsive brief be extended until November 2, 2020.

Dated: <u>September 25, 2020</u>                   Respectfully submitted,

JANET, JANET & SUGGS, LLC

*s/ Patrick Thronson*
Patrick A. Thronson
pthronson@JJSjustice.com
Executive Centre at Hooks Lane
4 Reservoir Circle, Suite 200
Baltimore, MD 21208
Telephone: (410) 653-3200
Fax: (410) 653-9030

*s/ Robin S. Weiss*
CONRAD O'BRIEN PC
Nicholas M. Centrella (Pa I.D. No. 67666)
NCentrella@condradobrien.com
Robin S. Weiss (Pa I.D. No. 312071)
RWeiss@conradobrien.com
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Telephone: (215) 864-9600

LAW OFFICES OF PETER G. ANGELOS, P.C.
Paul M. Vettori
pvettori@lawpga.eom
One Charles Center
100 N. Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: (410) 649-2000
Fax: (410) 649-2150

Z LAW, LLC
Cory L. Zajdel

clz@zlawmaryland.com
2345 York Rd. Suite B-13
Timonium, MD 21093
Telephone: (443) 213-1977

*Class Counsel*

## CERTIFICATE OF SERVICE

  I, Robin S. Weiss, counsel for Appellees Monique Russell, Jasmine Riggins, Elsa M. Powell, and Desire Evans, on behalf of themselves and all others similarly situated, certify that, on September 25, 2020, a copy of the foregoing Motion was filled electronically through the appellate CM/ECF system with the Clerk of Court. All counsel of record on this appeal are registered CM/ECF users.

Dated: <u>September 25, 2020</u>　　　　　　　　　　　　<u>*s/ Robin S. Weiss*</u>
　　　　　　　　　　　　　　　　　　　　　　　　　Patrick A. Thronson