**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 20-2128

Monique Russell et al. vs. Educ. Comm'n for Foreign Med. Graduates

Calendar Date: 01/28/2021　　Location: Philadelphia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: William R. Peterson, Brian W. Shaffer, and Matthew D. Klayman

Designation of Arguing Counsel: William R. Peterson

Member of the Bar: ✔ Yes ☐ No

Representing (check only one):

☐ Petitioner(s)　　✔ Appellant(s)　　☐ Intervenor(s)

☐ Respondent(s)　　☐ Appellee(s)　　☐ Amicus Curiae

Please list the name of the lead party being represented:

Educational Commission for Foreign Medical Graduates

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)