# No. 20-2128

## In the United States Court of Appeals For the Third Circuit

MONIQUE RUSSELL; JASMINE RIGGINS; ELSA M. POWELL; DESIRE EVANS

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,

*Appellant*

On Appeal from the United States District Court for the Eastern District of Pennsylvania, No. 2:18-cv-05629-JDW (Wolson, J.)

## APPELLANT'S MOTION TO RESCHEDULE ARGUMENT

MORGAN, LEWIS & BOCKIUS LLP
Brian W. Shaffer
Matthew D. Klayman
1701 Market St.
Philadelphia, PA 19103
(215) 963-5000

MORGAN, LEWIS & BOCKIUS LLP
William R. Peterson
1000 Louisiana St., Ste. 4000
Houston, TX 77002
(713) 890-5188

*Counsel for Appellant*

Pursuant to Federal Rules of Appellate Procedure 27 and Third Circuit Local Appellate Rule 34.1(d), Appellant Educational Commission for Foreign Medical Graduates ("ECFMG") respectfully moves to reschedule oral argument until at least February 15, 2021. In support of this motion, ECFMG states as follows:

On December 9, Appellant acknowledged that this case was tentatively listed on the merits for January 28, 2021. Appellant also designated the undersigned as arguing counsel.

Since then, the undersigned has been scheduled for two other appellate arguments within days of this case's tentative listing. Specifically, the United States Court of Appeals for the Sixth Circuit scheduled argument for January 26, 2021, in *Rahimi et al. v. Rite Aid Corp.*, No. 20-1063, and the United States Court of Appeals for the Federal Circuit scheduled argument for February 2, 2021, in *TVnGO Ltd. (BVI) v. LG Electronics, Inc.*, No. 20-1837. The undersigned is attached to present argument in both of those appeals.

The conflicts resulting from the arguments scheduled in the Sixth Circuit and the Federal Circuit constitute extraordinary circumstances that warrant rescheduling of argument in this case. Additional time is required so that the undersigned counsel for ECFMG may prepare to address adequately the complex issues presented by this appeal. Rescheduling the argument until at least February 15, 2021, will ensure that undersigned is fully prepared to argue this case.

Appellees do not oppose ECFMG's request to reschedule oral argument to a later date that is on or before February 15, 2021. They oppose ECFMG's request to reschedule oral argument to a date later than February 15, 2021.

Accordingly, ECFMG respectfully requests that its motion be granted and that the Court reschedule argument, at least until February 15, 2021.

Dated:  December 21, 2020

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ William R. Peterson*
　　　　William R. Peterson
1000 Louisiana St., Ste. 4000
Houston, TX 77002

　　　　Brian W. Shaffer
　　　　Matthew D. Klayman
1701 Market St.
Philadelphia, PA 19103

***Counsel for Appellant, Educational Commission for Foreign Medical Graduates***

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 283 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. 32(a)(6) because this document has been prepared in a proportionally spaced typeface of 14-point Times New Roman. I further certify that McAfee Endpoint Security, version 10.7 did not detect a virus.

Dated: December 21, 2020              */s/ William R. Peterson*
                                      William R. Peterson

                                      *Counsel for Appellant, Educational Commission for Foreign Medical Graduates*

## CERTIFICATE OF SERVICE

I, William R. Peterson, counsel for Appellant Educational Commission for Foreign Medical Graduates, certify that, on December 21, 2020, a copy of the foregoing motion was filed electronically through the appellate CM/ECF system with the Clerk of the Court. All counsel of record in this case are registered CM/ECF users.

Dated: December 21, 2020

*/s/ William R. Peterson*
William R. Peterson

*Counsel for Appellant, Educational Commission for Foreign Medical Graduates*