UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2128

MONIQUE RUSSELL; JASMINE RIGGINS; ELSA M. POWELL; DESIRE EVANS

v.

EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,
              Appellant

(E.D. Pa. No. 2-18-cv-05629)

Present: RESTREPO, BIBAS and PORTER, Circuit Judges

1. Unopposed Motion filed by Appellant Educational Commission for Foreign Medical Graduates to seal Joint Appendix, Volume 5 (Pages JA1518 to JA1908).

                Respectfully,
                Clerk/eaf

_____ORDER_____
The foregoing motion is hereby granted.

                By the Court,

                s/ L. Felipe Restrepo
                Circuit Judge

Dated: January 6, 2021
EAF/cc: All Counsel of Record