<u>9:30 A.M.</u>
<u>ZOOM CONFERENCE</u>

<u>THURSDAY, FEBRUARY 11, 2021</u>

<u>Coram</u>: RESTREPO, BIBAS and PORTER, Circuit Judges

<u>No. 20-2128</u>

MONIQUE RUSSELL;
JASMINE RIGGINS;
ELSA M. POWELL;
DESIRE EVANS
v.
EDUCATIONAL COMMISSION
FOR FOREIGN MEDICAL
GRADUATES,
         Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| WILLIAM R. PETERSON | PATRICK THRONSON |
| (15 minutes per Court) | (15 minutes per Court) |