UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2128
_____

MONIQUE RUSSELL; JASMINE RIGGINS;
ELSA M. POWELL; and DESIRE EVANS,

v.

EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES,

Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2:18-cv-05629)
District Judge: Honorable Joshua D. Wolson
_____

Argued February 11, 2021

Before: RESTREPO, BIBAS, and PORTER, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the District Court for the Eastern District of Pennsylvania and was argued on February 11, 2021.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered April 27, 2020, is VACATED and REMANDED to the District Court for further proceedings. Costs shall not be taxed in this matter. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 24, 2021

**Certified as a true copy and issued in lieu of a formal mandate on** October 18, 2021

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**