OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 18, 2021

Ms. Kate Barkman
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106

RE: Monique Russell, et al v. Educational Commission for For
Case Number: 20-2128
District Court Case Number: 2-18-cv-05629

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Caitlyn/tmm, Case Manager
267-299-4953

cc: Nicholas M. Centrella
Brent P. Ceryes
Gilbert Dickey
Matthew A. Fitzgerald
Brenda Harkavy
Diana Huang
Matthew D. Klayman
Leonard A. Nelson
Scott L. Nelson
William R. Peterson
Brian W. Shaffer
Patrick A. Thronson
Paul M. Vettori
Robin S. Weiss
Cory L. Zajdel